UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY OWENS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16 CV 1095 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

Movant Anthony Owens brings this motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, claiming only that the Supreme Court case of *Johnson v. United* States, 135 S. Ct. 2551 (2015), should be applied to his case in order to reduce his sentence. In response, the government contends that the motion should be dismissed, arguing *inter alia* that Owens failed to obtain the necessary permission from the Eighth Circuit Court of Appeals to file a successive petition.[1] Owens now seeks to withdraw his claim. Given the present posture of this case, I will grant Owens' request and dismiss his motion to vacate.

Accordingly,

**IT IS HEREBY ORDERED** that movant Anthony Owens' motion to

---

[1] Owens filed a motion to vacate in 2013, which I denied on its merits. *See Owens v. United States*, No. 4:13CV2561 CDP (E.D. Mo. July 8, 2015) (order). In December 2015, the Eighth Circuit dismissed Owens' appeal of this decision, *Owens v. United States*, No. 15-2877 (8th Cir. Dec. 29, 2015) (judgment), and later affirmed my denial of his post-judgment motions, *Owens v. United States*, No. 16-1166 (8th Cir. Feb. 8, 2016) (judgment).

withdraw [9] is **GRANTED.**

**IT IS FURTHER ORDERED** that movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [1] is **DISMISSED.**

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of November, 2016.